In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
NO. 09-23-00291-CV

**SHYLOA SEAMAN AND M.O.R.E. HEART & SOUL COUNSELING & CONSULTING, P.L.L.C., Appellants**

**V.**

**JENNA GAUTREAUX, Appellee**

On Appeal from the 58th District Court
Jefferson County, Texas
Trial Cause No. 23DCCV0284

## MEMORANDUM OPINION ON REHEARING

Trial Court Cause Number 23DCCV0284 is before this Court on accelerated appeal from an order denying a motion to dismiss under the Texas Citizens' Participation Act ("TCPA"). *See* Tex. Civ. Prac. & Rem. Code Ann. §§ 27.003, 51.014(a)(12). On October 10, 2024, we affirmed the trial court's Order denying Appellants' TCPA Motion to Dismiss Appellee Jenna Gautreaux's breach of fiduciary duty, negligent misrepresentation, fraudulent misrepresentation, fraud by nondisclosure, and breach of contract causes of action. We reversed the trial court's

1

Order denying the TCPA Motion to Dismiss Appellee's negligence and medical malpractice claim and remanded the case with instructions to award court costs and reasonable attorney's fees to Appellants but only as to the negligence and medical malpractice claim and to the extent consistent with the opinion issued on October 10, 2024. *See id.* § 27.009(a).

Appellee filed a timely motion for rehearing. *See* Tex. R. App. P. 49.1. We requested a response to the motion for rehearing. Before the time for filing a response expired, the parties filed a Joint Motion to Dismiss Appeal and Remand to Trial Court. The parties inform the Court that they have reached an agreement to resolve all claims between them. The parties ask this Court to dismiss the accelerated appeal and remand the case to the trial court for entry of an order of dismissal pursuant to the parties' agreement. The parties further pray that each party bear its own costs and attorney's fees.

The Joint Motion to Dismiss Appeal and Remand to Trial Court is granted. We vacate our judgment of October 10, 2024, and we dismiss the appeal and remand the case to the trial court for entry of an order of dismissal pursuant to the parties' agreements.

APPEAL DISMISSED.

W. SCOTT GOLEMON
Chief Justice

Submitted on June 24, 2024
Opinion Delivered April 10, 2025
Before Golemon, C.J., Johnson and Chambers, JJ